JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKKI GEORGES HUFNAGEL,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC; NOVATION COMPANIES, INC.; STREETLINKS, LLC; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE FOR JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-1, NOVASTAR HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-1; and WESTERN PROGRESSIVE, LLC,<br><br>    Defendants. | CV 16-189 PA (GJSx)<br><br>JUDGMENT |

    Pursuant to the Court's March 4, 2016 Minute Order granting the Motion to Dismiss filed by defendant Novation Companies, Inc., and the April 1, 2016 Minute Order granting the Motion to Dismiss filed by defendants Ocwen Loan Servicing, LLC, The Bank of New York Mellon, f/k/a The Bank of New York, as successor trustee for JP Morgan Chase Bank, N.A., as trustee for NovaStar Mortgage Funding Trust, Series 2006-1, NovaStar Home Equity Asset-Backed Certificates, Series 2006-1, and Western Progressive Trustee, LLC, d/b/a Western Progressive,

LLC, and addressing the claims against defendant Streetlinks, LLC (collectively "Defendants"), which dismissed the claims asserted by plaintiff Vikki Georges Hufnagel ("Plaintiff") without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: April 1, 2016  _____
Percy Anderson
UNITED STATES DISTRICT JUDGE